UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00032-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARA MICHELLE BANKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Letter (#31), received August 16, 2016. In that letter, defendant asks the court to reconsider her sentence for a number of reasons. This court gave defendant a below guidelines sentence based on a defense motion for variance, all over the government's objection. There is nothing more this court can do for defendant. Finally, defendant has not shown any clear error in the court's sentence. Fed.R.Crim.P. 35(a).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Letter (#31), deemed to be a pro se Motion to Reduce or Correct Sentence, is **DENIED**.

Signed: August 19, 2016

Max O. Cogburn Jr.
United States District Judge