UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00032-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| CARA MICHELLE BANKS, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's pro se letter (#37). Defendant, who is presently serving a sentence of incarceration, points out to the court that the Sentencing Guidelines are not mandatory, a fact she learned while attending a law class in prison. She appears to request that the court lower her sentence based on this discovery and other reasons contained in her letter. Defendant is advised that the court is well aware that the Sentencing Guidelines are advisory and sentenced her accordingly. There is no relief that can be afforded on such request.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this court in her letter (#37), such relief is denied.

Signed: January 19, 2017

Max O. Cogburn Jr.
United States District Judge